UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eliezer Jose VASQUEZ-MEDINA,<br><br>                                    Petitioner,<br><br>v.<br><br>Christopher LaROSE, et al.,<br><br>                                    Respondents. | Case No.:  26-cv-4277-AGS-BJW<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING RELEASE** |

Petitioner seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention based on, among other things, an inappropriate revocation of his immigration parole and failure to provide a bond hearing due to the statutory misclassification of his detention. (*See generally* ECF 1.) The government does "not oppose the petition." (ECF 4, at 2.) Respondents concede that petitioner was treated as detained under the incorrect statutory framework and that they "currently have insufficient information regarding termination of [petitioner's] parole" to establish that it was lawfully terminated. (*Id*.) The Court thus **GRANTS** the petition and orders respondents to immediately release petitioner subject to the terms of his original parole. All pending deadlines and hearings are vacated. The Clerk's Office must issue a judgment and close this case.

Dated:  August 4, 2026

_____
Hon. Andrew G. Schopler
United States District Judge